

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00101-CV

**IN THE INTEREST OF J.D.T.R.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2007EM504296
Honorable Eric J. Rodriguez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against Appellant William L. Hallworth. *See* TEX. R. APP. P. 20.1(a), 43.4.

SIGNED April 27, 2022.

Luz Elena D. Chapa, Justice